THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES F. DARLINGTON et al., Respondents-Appellants, against JOSEPH E. MERRIAM et al., Constituting the Board of Assessors of the Town of Bedford, et al., Appellants-Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES F. DARLINGTON et al., Respondents-Appellants, against JOSEPH E. MERRIAM et al., Constituting the Board of Assessors of the Town of Bedford, et al., Appellants-Respondents. — In two certiorari proceedings to review assessments of real property, tried

together, the respective orders of the Special Term, Westchester County, modify the report of the referee by increasing the amount of the finding of value, and confirm the report as modified. Cross appeals are taken by respondents-appellants and the assessors. Orders unanimously affirmed, without costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Nolan, JJ. [See *post*, p. 936.]